FILED

2009 Sep-01  PM 07:33
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN  DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| **BETTY ROBINETTE,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No:** |
| **vs** | ) | |
| | ) | |
| | ) | |
| **UNIFUND CCR PARTNERS** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |
| | ) | |

## NOTICE OF DISMISSAL

**COMES NOW,** the Plaintiff in the above-styled cause, and hereby gives notice of dismissal of her claims and states as follows:

1.      The Plaintiff's Complaint was filed on August 13, 2009.

2.      The sole Defendant, Unifund CCR Partners, was served.

3.      Unifund CCR Partners has not served an Answer or a Motion for Summary Judgment.

4.      Plaintiff files this notice with the intent of dismissing this case under FRCP 41(a)(1)(A)(I), without prejudice.

/s/ Charles J. Lorant
Charles J. Lorant (ASB-6465-O76C)
Attorney for Plaintiff

**ALABAMA INJURY LAWYERS, P.C.**
6 Office Park Circle, Suite 214
Birmingham, Alabama 35223
Phone:  (205) 870-9848
Fax:     (205) 871-7551
Email:  charlie@lorantlaw.com

**SERVE DEFENDANT AT:**

Unifund CCR Partners
10625 Techwoods Circle
Cincinnati, Ohio 45242