# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BETTY ROBINETTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: |
| ) | 2:09-cv-1611-JEO |
| UNIFUND CCR PARTNERS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This action was filed by the plaintiff, Betty Robinette, on August 11, 2009. (Doc. 1). It is now before the court on a notice of voluntary dismissal without prejudice, which was filed on September 1, 2009, by plaintiff pursuant to Rule 41(a)(1)(i), FED. R. CIV. P., prior to any answer or other response having been filed by the defendant, Unifund CCR Partners. (Doc. 5). Under that rule, a "dismissal is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is required." *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990). Nonetheless, for housekeeping purposes, the court issues this order whereby the Clerk is **DIRECTED** to close the file in the above-styled action.

**DONE** this 2nd of September, 2009.

_____
**JOHN E. OTT**
United States Magistrate Judge